**Carl Ehrhardt, appellee, v. Frederick W. Proudfoot, appellant.  Gen. No. 29,286.**
Action for breach of contract.   Judgment for plaintiff.   Appeal

from the Superior Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed May 11, 1925.

Guy H. Powell, for appellant.    Cloyes, Klingler & Brosius, for appellee.

Mr. Justice Johnston delivered the opinion of the court.